IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Mahmutovic, Munir

Printed: 9/30/08

Case Number: 08 B 00115
Judge: Goldgar, A. Benjamin
Filed: 1/4/08

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: June 17, 2008
Confirmed: March 4, 2008

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---:|---:|
|  | 6,900.00 |  |
| Secured: |  | 4,345.38 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 284.00 |
| Trustee Fee: |  | 321.82 |
| Other Funds: |  | 1,948.80 |
| Totals: | 6,900.00 | 6,900.00 |

## DISBURSEMENT DETAIL

|  | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Robert J Semrad & Associates | Administrative | 284.00 | 284.00 |
| 2. | America's Servicing Co | Secured | 0.00 | 0.00 |
| 3. | America's Servicing Co | Secured | 44,118.22 | 4,345.38 |
| 4. | America's Servicing Co | Secured | 18,500.00 | 0.00 |
| 5. | Illinois Dept of Revenue | Priority | 814.22 | 0.00 |
| 6. | Internal Revenue Service | Priority | 20,345.79 | 0.00 |
| 7. | Chrysler Financial | Unsecured | 0.00 | 0.00 |
| 8. | ECast Settlement Corp | Unsecured | 728.66 | 0.00 |
| 9. | RJM Acquisitions LLC | Unsecured | 133.86 | 0.00 |
| 10. | Illinois Dept of Revenue | Unsecured | 108.60 | 0.00 |
| 11. | Higher Education Student Assistance | Unsecured | 2,338.56 | 0.00 |
| 12. | Internal Revenue Service | Unsecured | 4,025.82 | 0.00 |
| 13. | Portfolio Recovery Associates | Unsecured | 298.77 | 0.00 |
| 14. | Peoples Energy Corp | Unsecured | 16,763.16 | 0.00 |
| 15. | Jefferson Capital Systems LLC | Unsecured |  | No Claim Filed |
| 16. | Chase | Unsecured |  | No Claim Filed |
| 17. | Cfc Deficiency Recover | Unsecured |  | No Claim Filed |
| 18. | J V D B & Associates | Unsecured |  | No Claim Filed |
| 19. | Peoples Energy Corp | Unsecured |  | No Claim Filed |
| 20. | Carroll & Truesdale, PC | Unsecured |  | No Claim Filed |
| 21. | Sallie Mae | Unsecured |  | No Claim Filed |
|  |  |  | $ 108,459.66 | $ 4,629.38 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Mahmutovic, Munir | Case Number:  08 B 00115 |
| | Judge:  Goldgar, A. Benjamin |
| Printed:  9/30/08 | Filed:  1/4/08 |

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 6.5% | 321.82 |
| | _____ |
| | $ 321.82 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

